

1  SHAWN N. ANDERSON
   United States Attorney
2  STEPHEN F. LEON GUERRERO
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910
   PHONE: (671) 472-7332
5  FAX: (671) 472-7215

6  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY 07 2025

**JEANNE G. QUINATA**
**CLERK OF COURT**

7              IN THE UNITED STATES DISTRICT COURT

8                   FOR THE DISTRICT OF GUAM

9  UNITED STATES OF AMERICA,            CRIMINAL CASE NO. 25-00004

10                                       **INDICTMENT**

11          Plaintiff,                   **FAILURE TO REGISTER AN AIRCRAFT**
                                         [49 U.S.C. § 46306(b)(6)(A)]
12                                       **(Count 1)**
            vs.
13                                       **VIOLATION OF NATIONAL DEFENSE**
                                         **AIRSPACE**
14  BILLY CAO CRUZ,                      [49 U.S.C. §§ 46307 and 40103]
                                         **(Count 2)**
15
                                         **NOTICE OF FORFEITURE**
16          Defendant.                   [49 U.S.C. § 46306 & 28 U.S.C. § 2461(c)]

17  THE GRAND JURY CHARGES:

18                        **GENERAL ALLEGATIONS**

19  At times material to this Indictment:

20          **COUNT 1: FAILURE TO REGISTER AN AIRCRAFT**

21      On or about February 1, 2025, in the District of Guam, the Defendant BILLY CAO CRUZ,

22  knowingly and willfully operated an aircraft eligible for registration with the Federal Aviation

23  Administration under Title 49, United States Code, Section 44102, namely, a DJI Mavic Mini 4

24  Pro unmanned aerial vehicle with serial number 1581F6Z9C239P00399UT, knowing that the

INDICTMENT - 1

1    aircraft was not registered under Title 49, United States Code, Section 44103.

2    **COUNT 2: VIOLATION OF NATIONAL DEFENSE AIRSPACE**

3      On or about February 1, 2025, in the District of Guam, the Defendant BILLY CAO CRUZ,

4    knowingly and willfully operated an aircraft, namely, a DJI Mavic Mini 4 Pro unmanned aerial

5    vehicle with serial number 1581F6Z9C239P00399UT, in National Defense Airspace around Camp

6    Blaz, United States Marine Corps Base, Guam, in violation of Title 49, United States Code,

7    Sections 46307 and 40103, and Title 14, Code of Federal Regulations, Section 99.7, a regulation

8    prescribed under Title 49, United States Code, Section 40103(b)(3).

9    **NOTICE OF FORFEITURE**

10      1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby

11    given that the United States will seek forfeiture as part of any sentence, pursuant to Title 49, United

12    States Code, Section 46306(d) and Title 28, United States Code, Section 2461(c), in the event of

13    the Defendant's conviction of the offense set forth in Count One of this Indictment.

14      2. The Defendant, if so convicted, shall forfeit to the United States the following:

15        (a) All right, title, and interest in any and all aircraft whose use relates to such offense;

16        (b) All right, title and interest in any and all aircraft, used, or intended to be used to aid

17    or facilitate the commission of any such offense; and

18        (c) To the extent such property is not available for forfeiture, a sum of money equal to

19    the total value of the property described in subparagraphs (a) and (b).

20      3. If any of the property described above, as a result of any act or omission of the

21    Defendant:

22        (a) cannot be located upon the exercise of due diligence;

23        (b) has been transferred, sold to, or deposited with a third party;

24        (c) has been placed beyond the jurisdiction of the court;

INDICTMENT - 2

1     (d) has been substantially diminished in value; or

2     (e) has been commingled with other property that cannot be divided without difficulty,

3 the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United

4 States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

5     All pursuant to Title 49, United States Code, Section 46306(d) and Title 28, United States

6 Code, Section 2461(c).

7     DATED this 7th day of May, 2025.

8                            A TRUE BILL.

9                              **Redacted**

10

11

12 SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

13

14 By: STEPHEN F. LEON GUERRERO

15 Assistant U.S. Attorney

16

17

18

19

20

21

22

23

24

INDICTMENT - 3